FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 JUN 23 PM 12: 36

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

SUSAN REED, on behalf of herself and
those similarly situated,

Plaintiff,

v.

Case No. 6:17-CV-1163-ORL-40DCI

CITY OF APOPKA, FLORIDA, A
GOVERNMENT AGENCY,

Defendants.

## NOTICE OF REMOVAL

To: The Honorable Judges of the United States District Court
For the Middle District of Florida

The Defendant, CITY OF APOPKA ("Defendant"), by and through their undersigned counsel, file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and state the following facts and law in support of removal of this action:

## MEMORANDUM OF LAW ESTABLISHING GROUNDS FOR REMOVAL

1. This is a notice of removal of an action filed by the Plaintiff, Susan Reed, in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2017-CA-004812 on or about June 13, 2017 (the "State Court Action") against the City of Apopka. Copies of all pleadings, exhibits, and service filed to date in the State Court are attached hereto as composite Exhibit 1 and are incorporated herein by reference.

2. Plaintiff's Complaint alleges causes of action under the Fair Labor Standards Act, specifically 29 U.S.C. § 207.

3. Pursuant to 28 U.S.C. § 1331, the district courts have original jurisdiction over all civil actions arising under the laws of the United States. Federal question jurisdiction is apparent on the face of the Plaintiffs' Complaint as the Plaintiffs clearly seek relief based on their claims under federal law.

4. This Notice of Removal is filed within thirty days after Defendants were sent a copy of Plaintiff's Complaint on June 13, 2017. A copy of this Notice of Removal has been filed with the state court.

5. In accordance with 28 U.S.C. § 1446(d), the Defendants are providing written notice of the Notice of Removal to the Plaintiffs and are filing a copy of this Notice with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida. See Exhibit 2.

6. WHEREFORE, the Defendants request that the above action now pending against them in the Circuit Court of the Ninth Judicial Circuit of Florida in and for Orange County, Florida be removed to this Court.

Respectfully submitted,

*s/ Carly D. Wilson*
BRIAN KOJI
Florida Bar No. 0116297
CARLY WILSON
Florida Bar No. 118005
*Counsel for Defendants*

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail: bkoji@anblaw.com
cwilson@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of June, 2017, I served a true and correct copy of this Notice of Removal via electronic mail to C. Ryan Morgan, Esquire and James J. Henson, Esquire, Morgan & Morgan, P.A., 20 North Orange Avenue, 14th Floor, Orlando, Florida 32802 [rmorgan@forthepeople.com and jjhenson@forthepeople.com].

                                                *s/ Carly D. Wilson*
                                                ATTORNEY